NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

———————————

**CMG FINANCIAL SERVICES, INC., A CALIFORNIA CORPORATION,**
*Plaintiff-Appellant*

**v.**

**PACIFIC TRUST BANK, F.S.B., A WHOLLY OWNED SUBSIDIARY OF FIRST PACTRUST BANCORP INC., A MARYLAND CORPORATION,**
*Defendant-Appellee*

**JOHN DOES, 1-10,**
*Defendant*

———————————

2014-1855

———————————

Appeal from the United States District Court for the Central District of California in No. 2:11-cv-10344-PSG-MRW, Judge Philip S. Gutierrez.

———————————

**JUDGMENT**

———————————

ALLAN Z. LITOVSKY, Stradling Yocca Carlson & Rauth, P.C., Newport Beach, CA, argued for appellant. Also represented by SALIL BALI; ROMAN MELNIK, Law Offices of Roman Melnik, Pasadena, CA.

STEPHEN R. SMEREK, Winston & Strawn LLP, Los Angeles, CA, argued for appellee. Also represented by DAVID L. ARONOFF, ANDREW G. SMITH.

———————————

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (PROST, *Chief Judge,* NEWMAN and CHEN, *Circuit Judges*).

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

 September 15, 2015        /s/ Daniel E. O'Toole
           Date               Daniel E. O'Toole
                         Clerk of Court